EXHIBIT A




**HEALTH GROUP, INC.**

395 S. Glen Ellyn Rd.
Bloomingdale, IL 60108
Phone: 630-545-9098
Fax: 630-545-0117

## EQUAL OPPORTUNITY STATEMENT

NOW Health Group, Inc. is an equal opportunity employer and does not discriminate on the basis of race, color, gender, religion, age, national or ethnic origin, or disability.

## PRE-EMPLOYMENT STATEMENT

I understand that as part of the normal procedure for processing my employment application, an investigative consumer report may be prepared and I have the right to make a written request to receive detailed information about the nature and scope of this investigation. I authorize the company and its agents to verify the information on this application. I authorize all persons, schools, companies and law enforcement authorities to release information concerning my background, and I hereby release them from any liability for any damage whatsoever for issuing this information.

In the event that I am hired, I understand that my employment can be terminated with or without cause, and with or without notice, at any time at the option of either the company or myself. I understand that no employee or agent of the company other than the President is authorized to offer me an employment relationship other than one which is terminable at will. I further understand that any deliberate misstatement of fact or omission from this application will result in my immediate dismissal.

If employed, I further agree to comply with all company rules, policies and procedures, including those pertaining to patent/invention matters, conflict of interest, health, safety and security, and non-smoking within the facility.

_Mario Avila_          July 26, 2013
Applicant's Signature          Date