EXHIBIT C

| **Argus Services Inc**<br>123 W Madison, Suite 1200<br>Chicago, IL 60602 | | Phone: 312-377-9441<br>Fax: 312-726-3421 |
|---|---|---|
| | www.argus-services.com | |

## Client Info

| Client Info | NOW FOODS | Ordered By | Jason Watt |
|---|---|---|---|
| Address | 395 S. GLEN ELLYN ROAD | Phone | 630-545-9098 |
| | BLOOMINGDALE, IL 60108 | Fax | 630-545-0117 |
| Client ID | 2430 | Email | jason.watt@nowfoods.com |

## Order Info

| Applicant Name | MARIO AVILA | Order ID | 796795 |
|---|---|---|---|
| Alias's | , , | Date Ordered | 8/13/2013 3:29:33 PM |
| Social Security No. | Redacted | Date Closed | 8/14/2013 11:46:25 AM |
| Date of Birth | Redacted | Order Ref. | 01 |
| Drivers License | Redacted ~ Illinois | Billing Code | 2430 |
| Sex | Male | Order Status | Closed |
| Known Previous Addresses (City, State Zip) | Hickory Hills, Illinois Reda,<br>,<br>, | Results Batch ID | 26100 |
| | | Name Quantity (If Applicable) | |

## Order Detail

*Send Adverse Action Letter*

| Search Description | | | Results | | | |
|---|---|---|---|---|---|---|
| Date Ordered | Cust Ref# & Notes | | Cost | Court Fee | Other $ | Line Total |
| Criminal - County: Illinois, Cook- Circuit/District - F&M (Length 7 Yrs) | | | | Record | | |
| 8/13/2013 3:29:55 PM | () | | $12.00 | $0.00 | $0.00 | $12.00 |
| Criminal - County: Illinois, DuPage- Circuit - F&M (Length 7 Yrs) | | | | No Record | | |
| 8/13/2013 3:30:11 PM | () | | $12.00 | $0.00 | $0.00 | $12.00 |
| | | | | | Order Total: | **$24.00** |

| | |
|---|---|
| Case Number | 94CR0887001 |
| State | Illinois |
| County | Cook |

## Match Identifiers

| | | | |
|---|---|---|---|
| Name | MARIO AVILA | Height | |
| Date of Birth | Redacted | Weight | |
| Soc. Sec. No. | | Hair | |
| License No | | Eyes | |
| Finger Print ID | 0967845 | Race | |
| Addresses | | Marks | |

## Date Info

| | |
|---|---|
| Filed Date | 3/28/1994 |
| Disposition Date | 12/6/1994 |

## Criminal Charges

| | |
|---|---|
| Count 1 | AGG VEHICLE HIJACK/WEAPON (Felony) |
| Disposition | Guilty |
| Count 2 | ARMED ROBBERY (Felony) |
| Disposition | SOL |
| Count 3 | RECIEVE/POSSESS/SELL STOLEN VEHICLE (Felony) |
| Disposition | SOL |

## Sentencing

| | |
|---|---|
| | DOC 8 YEARS |

## Notes

| |
|---|
| |



| Case Number | 00-20561001 |
| --- | --- |
| State | Illinois |
| County | Cook |

## Match Identifiers

| Name | MARIO AVILA | Height | |
| --- | --- | --- | --- |
| Date of Birth | Redacted | Weight | |
| Soc. Sec. No. | | Hair | |
| License No | | Eyes | |
| Finger Print ID | 0967845 | Race | |
| Addresses | | Marks | |

## Date Info

| Filed Date | 2/14/2000 |
| --- | --- |
| Disposition Date | 3/16/2000 |

## Criminal Charges

| Count 1 | ATT POSS CONTROLLED SUBSTANCE (Felony) |
| --- | --- |
| Disposition | Guilty |

## Sentencing

| | CREDIT FOR TIME 2 DAYS |
| --- | --- |

## Notes

| |
| --- |

| Case Number | 01CR1255901 |
|---|---|
| State | Illinois |
| County | Cook |

## Match Identifiers

| Name | MARIO AVILA | Height | |
|---|---|---|---|
| Date of Birth | Redacted | Weight | |
| Soc. Sec. No. | | Hair | |
| License No | | Eyes | |
| Finger Print ID | 0967845 | Race | |
| Addresses | | Marks | |

## Date Info

| Filed Date | 5/31/2001 |
|---|---|
| Disposition Date | 1/28/2002 |

## Criminal Charges

| Count 1 | RECIEVE/POSSESS/SELL STOLEN VEHICLE (Felony) |
|---|---|
| Disposition | Guilty |

## Sentencing

| | CREDIT FOR TIME 268 DAYS |
|---|---|
| | DOC 7 YEARS |

## Notes

| |
|---|
| |

| Case Number | 92CR0056001 |
|---|---|
| State | Illinois |
| County | Cook |

## Match Identifiers

| Name | MARIO AVILA | Height | |
|---|---|---|---|
| Date of Birth | Redacted | Weight | |
| Soc. Sec. No. | | Hair | |
| License No | | Eyes | |
| Finger Print ID | 0967845 | Race | |
| Addresses | | Marks | |

## Date Info

| Filed Date | 1/2/1992 |
|---|---|
| Disposition Date | 2/26/1992 |

## Criminal Charges

| Count 1 | RECIEVE/POSSESS/SELL STOLEN VEHICLE (Felony) |
|---|---|
| Disposition | Guilty |

## Sentencing

| | PROBATION 2 YEARS |
|---|---|
| | 3/3/94-TERM/SATISFIED |

## Notes



| | |
|---|---|
| Case Number | 94CR0882801 |
| State | Illinois |
| County | Cook |

## Match Identifiers

| | | | |
|---|---|---|---|
| Name | MARIO AVILA | Height | |
| Date of Birth | **Redacted** | Weight | |
| Soc. Sec. No. | | Hair | |
| License No | | Eyes | |
| Finger Print ID | 0967845 | Race | |
| Addresses | | Marks | |

## Date Info

| | |
|---|---|
| Filed Date | 3/30/1994 |
| Disposition Date | 12/6/1994 |

## Criminal Charges

| | |
|---|---|
| Count 1 | ARMED ROBBERY (Felony) |
| Disposition | Guilty |

## Sentencing

| | |
|---|---|
| | DOC 8 YEARS |

## Notes

| |
|---|
| |

